THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL FRANCIS MOYNIHAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> KEEFE COMMISSARY NETWORK, <br><br> Defendant. | CASE NO. C11-1836-JCC <br><br> ORDER |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, the governing law, and the balance of the record, orders as follows:

(1) The Report and Recommendation is ADOPTED;

(2) This matter is DISMISSED without prejudice as duplicative of *Moynihan v. Keefe Commissary Network*, C11-1830-JCC-MAT (W.D. Wash., November 1, 2011);

(3) The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge Mary Alice Theiler.

DATED this 1st day of March 2012.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1