UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL FRANCIS MOYNIHAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> KEEFE COMMISSARY NETWORK, <br><br> Defendant. | CASE NO. C11-1836-JCC <br><br> ORDER |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, the governing law, and the balance of the record, orders as follows:

(1) The Report and Recommendation is ADOPTED;

(2) This matter is DISMISSED without prejudice as duplicative of *Moynihan v. Keefe Commissary Network*, C11-1830-JCC-MAT (W.D. Wash., November 1, 2011);

(3) The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge Mary Alice Theiler.

DATED this 1st day of March 2012.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE